IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 317-002 |
| | ) | |
| CHRISTOPHER EVERETT CAMPBELL | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 58.) Therefore, a motions hearing for Defendant is not necessary, and all pending motions are **MOOT**. (Doc. nos. 17-20, 22, 23, 25-36, 55.)

SO ORDERED this 15th day of May, 2017, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA